**No. 68438.**—Jno. G. McGiffin v. United States, protest 63/12344 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of novelty figures, composed in chief value of metal,

not chiefly used for the amusement of children, and having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.